STATE OF NORTH CAROLINA v. WILLIAM UPTON

No. 7220SC820

(Filed 20 December 1972)

APPEAL by defendant from *Lupton, Judge,* 24 July 1972 Criminal Session, STANLY Superior Court.

Defendant was charged in a bill of indictment proper in form with felonius escape from the lawful custody of the Superintendent of Unit 5540, Stanly County Subsidary of the North Carolina Department of Correction, defendant being lawfully

confined therein and serving a sentence for armed robbery and a sentence for escape. At trial defendant, orally and in writing, tendered a plea of guilty as charged. After due inquiry and adjudging that the plea was freely, understandingly and voluntarily made, without undue influence, compulsion or duress, and without promise of leniency, the court accepted the plea. From judgment imposing prison sentence, defendant appealed.

*Attorney General Robert Morgan by Charles A. Lloyd, Assistant Attorney General, for the State.*

*Brown, Brown & Brown by Fred Stokes for defendant appellant.*

BRITT, Judge.

Conceding that he can find no error in the record in this case, defendant's court appointed counsel asks that we determine if there is error. We have carefully reviewed the record on appeal and perceive no prejudicial error.

The judgment appealed from is

Affirmed.

Judges PARKER and VAUGHN concur.